### No. 8710.

### The State of Louisiana ex rel. J. H. Keller vs. The Funding Board.

The only obligations of public charitable institutions entitled to be funded under Act 104 of 1880 and the Constitutional ordinance for relief of delinquent taxpayers, are those given for " necessary supplies of food, clothing, medicine and hire of employees." Supplies of common soap for the general purposes of the Charity Hospital cannot be held to fall under the class of medicine.

The sanitary importance of soap in all its uses may be predicated equally of fuel, beds and bedding, kitchen and table utensils and other supplies of like character, but none of them could be considered as " medicine," under any definition of the word.

APPEAL from the Civil District Court for the Parish of Orleans. *Rightor*, J.

---

*Braughn, Buck & Dinkelspiel* and *W. O. Hart* for the Relator and Appellant.

*J. C. Egan*, Attorney General, for Defendant and Appellee.

---

The opinion of the Court was delivered by FENNER, J.